UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 10-11426
                                                      Honorable Denise Page Hood

BEDROS BOGHOSSIAN,
VICKEN BOGHOSSIAN,
RANDALL HENDERSON,
and THE STATE OF MICHIGAN,

    Defendants.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date <u>June 28, 2012</u>, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Plaintiff and against Defendants.

Dated at Detroit, Michigan this <u>28th</u> day of <u>June, 2012</u>.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      BY: <u>s/Tanya Bankston</u>

APPROVED:
<u>s/Denise Page Hood</u>
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date June 28, 2012 by electronic and/or ordinary mail.

                                                      s/Tanya Bankston for LaShawn  Saulsberry
                                                      Case Manager, (313) 234-5160